```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

ANNA ADDISON, ET AL.                                          PLAINTIFFS

VS.                                    CIVIL ACTION NO. 4:06CV22TSL-LRA

FIRST FAMILY FINANCIAL SERVICES, INC.                          DEFENDANT

## ORDER

By order dated December 15, 2006, this court denied plaintiffs' motion to unconditionally dismiss the claims of certain plaintiffs without prejudice, and directed that plaintiffs could either (1) withdraw their motion to dismiss (in which case defendant may then seek dismissal on statute of limitations or other grounds); (2) dismiss their claims without prejudice and pay defendant's costs and attorney's fees for defending this action; or (3) dismiss their claims with prejudice.  Plaintiffs have now responded and advised the court that they have chosen to dismiss with prejudice the claims of all plaintiffs except those with arbitration agreements which are to be referred to arbitration.

Accordingly, it is ordered that the claims of the following plaintiffs are dismissed with prejudice:

| | |
|---|---|
| Leroy Anderson | Daisy Mae Dunn |
| Bobby Boyd | Christopher Foules |
| Tanya Brewer | Brenda Gibbs |
| Emma Brown | Debra Harris |
| Bernice Butler | Erma Harris |
| Carolyn Williams | Princess Harris |
| Lisa Buckner | Carl Johnson |
| Carolyn Coffey | Easter Johnson |
| Sharon Ann Davenport | Felicia Johnson |

| | |
|---|---|
| Laura Johnson | Jerry Snipes |
| Patricia Johnson | Renotta Townsend |
| Michael Jones | Shannon Westerfield |
| Lashaunda McWright | Laura White |
| Susan Cook | Rosie Cockrell |
| James Cook | Mary Eddins |
| Robert Coleman | Elizabeth Fullilove |
| Eddie Coleman | Minnie Simon |
| Willie Brown | Rosetta Simon |
| Marcus Brown | Jessie Richardson, Jr. |
| Reggie Bilbrew | Mae Francis Collins |
| Angela Moore | Lizzie Gates |
| Arvester Townsend | Mary Gates |
| Elizabeth Nealson | Shirley Gillespie |
| Evelyn Nealson | Jacqueline Griffin |
| Erma Nealson | Donna Henderson |
| Shirley Perkins | Katie Mitchell |
| Yalanda Preston | Dwight Taylor |
| Phillip Riggins | Sheila Taylor |
| Dorothy Robinson | Annie Mae Clark |
| Michael Robinson | Annie Clay |
| | Jennifer Robinson |

SO ORDERED this 21st day of December, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE